```
1  RICHARD J. CHIURAZZI, ESQ. (SBN# 84316)
   MASTAGNI, HOLSTEDT & CHIURAZZI
2  A Professional Corporation
   1912 I STREET
3  SACRAMENTO, CA 95814
   (916) 446-4692
4  FAX: (916) 447-4614

5  Attorneys For Plaintiffs
```

**FILED**

MAR 1 1999

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

LODGED
FEB 23 1999
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

--ooOoo--

| | |
|---|---|
| Gary K. Anderson, et al., | Case No. CIV S-98-1505 GEB GGH |
| Plaintiffs, | STIPULATION TO AMEND COMPLAINT |
| vs. | |
| City of Vacaville, | |
| Defendant. | |
| _____/ | |

It is hereby stipulated by and between the parties of record through their respective counsel that Plaintiffs shall be entitled to amend their Second Amended Complaint to eliminate the former Fifth Cause of Action dealing with compensatory time-off.

MASTAGNI, HOLSTEDT & CHIURAZZI

Dated: February 17, 1999

_____
RICHARD J. CHIURAZZI
Attorney for Plaintiffs

MASTAGNI, HOLSTEDT
& CHIURAZZI
A PROFESSIONAL CORPORATION
1912 I STREET, SUITE 102
SACRAMENTO, CA 95814

Case No. CIV S-98-1505 GEB GGH
STIPULATION TO AMEND COMPLAINT

- 1 -

32

LIEBERT, CASSIDY & FRIERSON

Dated: February 18, 1999

_____
EDWARD L. KREISBERG
Attorney for Defendants

## ORDER

Plaintiffs shall be entitled to file a Third Amended Complaint and Defendant shall have twenty (20) days from the date this order is signed to file its Answer.

Dated: February 25, 1999

_____
THE HONORABLE JUDGE
GARLAND E. BURRELL

MASTAGNI, HOLSTEDT
& CHIURAZZI
A PROFESSIONAL CORPORATION
1912 I STREET, SUITE 102
SACRAMENTO, CA 95814

Case No. CIV S-98-1505 GEB GGH
STIPULATION TO AMEND COMPLAINT

- 2 -

United States District Court
for the
Eastern District of California
March 1, 1999

* * CERTIFICATE OF SERVICE * *

2:98-cv-01505

Anderson

v.

Vacaville City

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on March 1, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard J Chiurazzi
Mastagni Holstedt and Chiurazzi
1912 I Street
Suite 102
Sacramento, CA  95814

SF/GEB

Edward Louis Kreisberg
Liebert Cassidy and Frierson
49 Stevenson Street
Suite 1050
San Francisco, CA  94105-2909


Jack L. Wagner, Clerk

BY: _____
Deputy Clerk